COE L. SMITH, PLAINTIFF-RESPONDENT, v. CLARENCE SMITH AND ANNA V. W. SMITH, DEFENDANTS-APPELLANTS.

Argued May 16, 1934—Decided September 27, 1934.

508

For the appellant, *Ward & McGinnis* (*Peter J. McGinnis*, of counsel).

For the respondent, *Dolan & Dolan* (*William A. Dolan*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.